*Wm. W. Flournoy,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

Burl Hall, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed on motion of counsel for Plaintiff in Error.
*Wm. W. Flournoy,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

West Virginia Hotel Corporation, etc., Appellant, v. F. B. Palbicke, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellee.
*Beacham & Gaulden,* for the Motion.

West Virginia Hotel Corporation, etc., Appellant, v. The W. C. Foster Company, a corporation, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellant.
*Beacham & Gaulden,* for the Motion.

N. B. Milledge, a widow, Appellant, v. James A. Aman, *et al.,* Appellees.

Appeal dismissed on motion of counsel for the respective parties.
*Peck & Milledge;* for Appellant.
*Kehoe & Kehoe,* for Appellees.